```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
THOMAS D. BRIEL,

                    Plaintiff,

        -against-                           ORDER
                                            12-CV-2868(JS)(WDW)
NASSAU COUNTY SHERIFFS DEPARTMENT,
NASSAU COUNTY CORRECTIONAL FACILITY,
ARMOR CORRECTIONAL HEALTH, INC.,

                    Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:    Thomas D. Briel, pro se
                  12003528
                  Nassau County Correctional Center
                  100 Carman Ave
                  East Meadow, NY 11554

For Defendants:   No Appearance
```

SEYBERT, District Judge:

On June 6, 2012, incarcerated pro se plaintiff Thomas D. Briel ("Plaintiff") filed a Complaint in this Court pursuant to 42 U.S.C. § 1983 against the Nassau County Sheriffs Department, the Nassau County Correctional Facility, and Armor Correctional Health, Inc. (collectively "the Defendants"), accompanied by an application to proceed in forma pauperis. On June 11, 2012, Plaintiff filed a letter seeking to add three defendants to his Complaint. (See Docket Entry 5.) On June 22, 2012, Plaintiff filed an Amended Complaint, again seeking to add defendants. On June 27, 2012, Plaintiff filed yet another Amended Complaint.

Given that Plaintiff has sought to amend his Complaint on three occasions in the three weeks since his initial filing, the

Court now directs that Plaintiff file a single document entitled "Amended Complaint" and include all of the Defendants he seeks to sue as well as the claims he seeks to assert against each such Defendant. The Amended Complaint shall bear docket no. 12-CV-2868(JS)(GRB) and will be the operative complaint in this case. **Plaintiff shall file his Amended Complaint on or before July 20, 2012.** The Court will hold Plaintiff's pending application to proceed in forma pauperis in abeyance pending his timely filing of the Amended Complaint.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: July 2, 2012
Central Islip, New York